1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LATASHA PARHAM,

11          Plaintiff,                    No. CIV S-11-1475 LKK CKD PS

12      vs.

13   PHILIP STEEMERS, et al.
                                          ORDER
14          Defendants.

15   _____/

16          On March 19, 2012, the district judge adopted this court's findings and

17   recommendations filed on October 11, 2011.  (Dkt. No. 49.)  The order dismissed several

18   defendants and claims with prejudice, but granted plaintiff leave to amend with respect to certain

19   claims against defendants Philip Steemers and Ed Dadisho.  (See Dkt. Nos. 45, 49.)

20          Accordingly, IT IS HEREBY ORDERED THAT:

21          1.  Plaintiff shall file and serve any amended complaint in accordance with the

22   district judge's order within 28 days of the date of service of this order.

23   \\

24   \\

25   \\

26   \\

1          2.  Failure to file and serve an amended complaint within that time period will

2 result in a recommendation that the action be dismissed pursuant to Fed. R. Civ. P. 41(b).

3  Dated: March 19, 2012

4 

5                        CAROLYN K. DELANEY

                       UNITED STATES MAGISTRATE JUDGE

6 

7  5

 Parham.1475.amend.wpd

8 

9 

10 

11 

12 

13 

14 

15 

16 

17 

18 

19 

20 

21 

22 

23 

24 

25 

26