IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATASHA PARHAM,

      Plaintiff,                      No. CIV S-11-1475 LKK CKD PS

   vs.

PHILIP STEEMERS, et al.

      Defendants.           <u>ORDER</u>

                                  /

On March 19, 2012, the district judge adopted this court's findings and recommendations filed on October 11, 2011. (Dkt. No. 49.) The order dismissed several defendants and claims with prejudice, but granted plaintiff leave to amend with respect to certain claims against defendants Philip Steemers and Ed Dadisho. (<u>See</u> Dkt. Nos. 45, 49.)

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file and serve any amended complaint in accordance with the district judge's order within 28 days of the date of service of this order.

\\

\\

\\

\\

1          2.  Failure to file and serve an amended complaint within that time period will
2  result in a recommendation that the action be dismissed pursuant to Fed. R. Civ. P. 41(b).

   Dated: March 19, 2012

   _____
   CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

5
Parham.1475.amend.wpd