IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATASHA PARHAM,

       Plaintiff,               No. 2:11-cv-1475 CKD PS

   vs.

PHILIP STEEMERS, et al.
                      ORDER

       Defendants.

_____/

       Defendants' motion to dismiss is presently noticed for hearing on the June 6, 2012 law and motion calendar of the undersigned.[1]  Opposition to a motion, or a statement of non-opposition thereto, must be filed fourteen (14) days preceding the noticed hearing date.  E.D. Cal. L.R. 230(c).  Court records reflect that plaintiff failed to timely file opposition or a statement of non-opposition to the motion.

       Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  E.D. Cal. L.R. 110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).  Additionally, "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written

---

[1] All parties have consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c)(1).  (Dkt. Nos. 11, 48.)  On March 21, 2012, the matter was referred to the undersigned for all further proceedings and entry of final judgment.  (Dkt. No. 51.)

opposition to the motion has not been timely filed." E.D. Cal. L.R. 230(c).  Pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor. King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Jacobsen v. Filler, 790 F.2d 1362, 1364-65 (9th Cir. 1986).  The Local Rules specifically provide that cases of persons appearing in propria persona who fail to comply with the Federal and Local Rules are subject to dismissal, judgment by default, and other appropriate sanctions.  E.D. Cal. L.R. 183.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  The hearing date of June 6, 2012 is vacated.  Hearing on defendants' motion is continued to June 27, 2012 at 10:00 a.m. in courtroom no. 26.

2.  Plaintiff is directed to file opposition, if any, to the motion, or a statement of non-opposition thereto, no later than June 13, 2012.  Failure to file opposition and appear at hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in dismissal of the action.

3.  Reply, if any, shall be filed no later than June 20, 2012.

Dated: May 25, 2012

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5
Parham.1475.mtd2.noop.wpd