IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATASHA PARHAM,

    Plaintiff,

  vs.                                No. 2:11-cv-1475 CKD PS

PHILIP STEEMERS,

    Defendant.             ORDER

_____/

        This action for damages under 42 U.S.C. § 1983 arises from a traffic stop and detention of plaintiff Latasha Parham by defendant Philip Steemers.[1] After extensive motion practice, the pleadings are now settled and plaintiff's sole remaining cause of action is for violation of her rights under the Fourth Amendment (under theories of unlawful detention or seizure, unlawful search, and excessive force, as alleged in the first cause of action) pursuant to 42 U.S.C. § 1983. (Dkt. Nos. 52, 58, 59.)

\\\\\

---

[1] Plaintiff paid the filing fee and is proceeding in this action pro se. All parties have consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c)(1). (Dkt. Nos. 11, 48.) Consequently, on March 21, 2012, the matter was referred to the undersigned for all further proceedings and entry of final judgment. (Dkt. No. 51.)

A status (pre-trial scheduling) conference in this matter is currently set for August 22, 2012 at 10:00 a.m. before the undersigned. (Dkt. No. 58.) On August 15, 2012, the parties filed a joint status report with a proposed schedule of pre-trial deadlines. (Dkt. No. 60.) The parties also indicated that they are presently engaged in settlement discussions and consent to referral to the court's Voluntary Dispute Resolution Program ("VDRP"). (Dkt. No. 60 at 3.) Because both parties have consented to referral to the VDRP program, the court will refer the case to VDRP and will vacate the status (pre-trial scheduling) conference currently set for August 22, 2012.

Accordingly, IT IS HEREBY ORDERED that:

1. The August 22, 2012 status (pre-trial scheduling) conference is VACATED.

2. This case is referred to the Voluntary Dispute Resolution Program ("VDRP").

3. The parties are directed to review the requirements of the Program outlined in E.D. Cal. L.R. 271 and shall contact the court's VDRP coordinator, Suejean Park, within fourteen (14) days of the date of service of this order to initiate the process of selecting a neutral. The VDRP coordinator may be contacted by telephone at (916) 930-4278 or by e-mail at SPark@caed.uscourts.gov.

4. The parties shall inform the court within 120 days of the date of service of this order whether the program successfully resolved the case. The court will then set a further status conference if necessary.

5. The Clerk of Court shall serve a copy of this order on the VDRP coordinator.

Dated: August 15, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CKD/5
Parham.1475.vdrp.wpd