GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
PHILIP STEEMERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA PARHAM,<br><br>            Plaintiff,<br><br>     v.<br><br>PHILIP STEEMERS, in his own official and individual capacity; ED DADISHO, in his own official and individual capacity | CASE NO.  2:11-CV-1475 CKD<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO COMPLETE VDRP** |

**IT IS HEREBY STIPULATED** by and between plaintiff *pro se* Latasha Parham and defendant Philip Steemers, through his counsel of record, as follows:

1.   This case was referred to the Voluntary Dispute Resolution Program ("VDRP") by the Honorable Carolyn K. Delaney on August 15, 2012.

2.   The parties agreed on a neutral and began the process of selecting a date for the mediation.

3.   Due to the fact that plaintiff resides out of state, and is currently in school, plaintiff was not available for mediation in October, November or December on the dates the

1

neutral was available.

4. The mediation has now been set and will be held on January 10, 2013.

5. The parties were ordered to inform the Court whether the VDRP successfully resolved this case by December 13, 2012.

6. In light of the date set for mediation, the parties hereby request that the Court extend the time to notify the Court by 45 days.

7. The parties will notify the Court by February 25, 2013 whether the VDRP successfully resolved the case.

DATED: December 7, 2012

By: */s/ Latasha Parham*
    PLAINTIFF LATASHA PARHAM

DATED: December 7, 2012    SELMAN BREITMAN LLP

By: */s/ Danielle K. Lewis*
    GREGG A. THORNTON
    DANIELLE K. LEWIS
    Attorneys for Defendant
    PHILIP STEEMERS

**ORDER**

**IT IS SO ORDERED.**

Dated: 12/12/2012          By: /s/ Carolyn K. Delaney
                               Hon. Carolyn K. Delaney
                               United States Magistrate Judge
                               Eastern District of California

ckd9