```
GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
PHILIP STEEMERS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA PARHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILIP STEEMERS, in his own official and individual capacity; ED DADISHO, in his own official and individual capacity | CASE NO.  2:11-CV-1475 CKD PS<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(ii) and (2)]** |

　　　IT IS HEREBY STIPULATED by and between all of the parties to this action, either by themselves or through their designated attorneys of record, that the above-captioned action has been fully and finally resolved by way of a compromise settlement and release of all claims, with prejudice.

　　　IT IS FURTHER HEREBY STIPULATED by and between all of the parties to this action, either by themselves or through their designated attorneys of record, that the above-caption action be

/ / /

/ / /

/ / /

1

and hereby is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2).

DATED: January 11, 2013     Plaintiff *In Pro Se*

By:  */s/ Latasha Parham*
     LATASHA PARHAM
     Plaintiff *In Pro Se*

DATED:  January 11, 2013    SELMAN BREITMAN LLP

By: */s/ Gregg A. Thornton*
    GREGG A. THORNTON
    DANIELLE K. LEWIS
    Attorneys for Defendant
    PHILIP STEEMERS

### ORDER

The parties having stipulated and agreed that this action has been fully and finally resolved by way of a compromise settlement and release of all claims, with prejudice;

The parties having further stipulated and agreed that the above-caption action be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and (2);

The Court finding good cause appearing therefor;

**IT IS HEREBY ORDERED** that the above-caption action be and hereby is dismissed with prejudice.

Dated: 1/23/2013     By:  __/s/ Carolyn K. Delaney___
                          Honorable Carolyn K. Delaney
                          United States Magistrate Judge